UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MINERVA GRAY,

Plaintiff,

Case No. 3:26-cv-334

vs.

HONDA DEVELOPMENT AND MANUFACTURING OF AMERICA, LLC,

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

Defendant.

---

**ORDER CONDITIONALLY DISMISSING THIS CASE**

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within **sixty (60) days**, reopen the action if settlement is not consummated. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) (a court can retain jurisdiction over enforcement of a settlement agreement by stating so in the dismissal entry).

**IT IS SO ORDERED.**

November 12, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge